1  Elizabeth J. Cabraser (CA SBN 83151)
   ecabraser@lchb.com
2  Scott P. Nealey (CA SBN 193062)
   snealey@lchb.com
3  Nimish R. Desai (CA SBN 244953)
   ndesai@lchb.com
4  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
5  Embarcadero Center West
   275 Battery Street, 30th Floor
6  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
7  Facsimile:  (415) 956-1008

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  IN RE:  BEXTRA AND CELEBREX         | CASE NO. M:05-CV-01699-CRB
    MARKETING SALES PRACTICES AND       |
    PRODUCT LIABILITY LITIGATION        | MDL No. 1699
13                                      |
                                        | Judge Charles R. Breyer
14  _____    |

15  **This Order Relates to:**          | **STIPULATION AND ORDER OF
                                        | DISMISSAL WITH PREJUDICE**
16  Ayers v. Pfizer Inc., et al.
    No. C-05-3770
17
    Cherdak v. Pfizer, Inc., et al.
18  No. C-08-cv-02477

19  Daroogar v. Merck & Co., Inc., et al.
    No. C-07-1061
20
    Daubert et al. v. Pfizer, Inc. et al.
21  No. C-07-1493

22  Eliscu v. Merck & Co., Inc., et al.
    No. C-06-3274
23
    Kinzer et al. v. Pfizer, Inc., et al.
24  No. C-06-01714

25  Solis-King et al. v. Pfizer, Inc., et al.
    No. M:06-CV-00371
26

27      Come now Plaintiffs NANCY AYERS, ERIK B. CHERDAK, SHAHIN DAROOGAR,

28  PAMELA DAUBERT, WALTER DAUBERT, RICHARD ELISCU, LIZETTE KINZER,

805117.2                    - 1 -

1  WILLIAM SCOTT KINZER, CONSUELO SOLIS-KING, AND JERRY B. KING, and
2  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
3  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice with
4  each side bearing its own attorneys' fees and costs.

805117.2

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 12, 2009 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | By: /s/ Scott P. Nealey |
| 4 | | |
| 5 | | Elizabeth J. Cabraser<br>ecabraser@lchb.com |
| 6 | | Scott P. Nealey<br>snealey@lchb.com |
| 7 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West |
| 8 | | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 |
| 9 | | Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |
| 10 | | *Attorneys for Plaintiffs* |
| 11 | Dated: ~~March~~ May 18, 2009 | DLA PIPER LLP (US) |
| 12 | | |
| 13 | | By: /s/ |
| 14 | | |
| 15 | | DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| 16 | | Telephone:  (212) 335-4500<br>Facsimile:   (212) 335-4501 |
| 17 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ~~March~~ May 29, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer